# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEWART C. SMITH** | : | **CIVIL ACTION NO. 1:09-CV-0889** |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **OFFICER JOHN HANUSKA and DAVID BIXLER** | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 20th day of April, 2011, upon consideration of the request for subpoena forms (Doc. 95) filed on March 28, 2011, by *pro se* plaintiff Stewart Smith ("Smith"), and upon further consideration of the correspondence from Smith dated April 13, 2011, wherein Smith again requests subpoena forms and submits a draft subpoena form, and it appearing that the court conditionally granted Smith's motion to appoint counsel on April 6, 2011, (see Doc. 99), it is hereby ORDERED that:

1. The requests for subpoena forms are denied pending attempts to secure Pro Bono Counsel in accordance with this court's order dated April 6, 2011. (Doc. 99)

2. The court will renew consideration of the requests should counsel not be found within a reasonable period of time.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge